[Nos. 5295–8–III; 6169–8–III.   Division Three.   June 19, 1984.]

IRENE C. WILLARD, *Appellant,* v. ROBERT M.
HUNTLEY, ET AL, *Respondents.*

ROBERT M. HUNTLEY, ET AL, *Respondents,* v. IRENE
C. WILLARD, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Stevens County, Nos. 22607, 83–2–00138–1, Sidney R. Buckley, J., entered July 15, 1982, and September 2, 1983. *Reversed* and *remanded* by unpublished opinion per Green, A.C.J., concurred in by McInturff and Thompson, JJ.

[No. 5176–5–III.   Division Three.   June 19, 1984.]

MARCHAND CONSTRUCTION, INC., *Respondent,* v. LEON
L. BAILIE, ET AL, *Defendants,* PAUL S.
BERNSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 26276, Fred R. Staples, J., entered May 13, 1982. *Affirmed as modified* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5679–1–III.   Division Three.   June 19, 1984.]

MARK BRIAN AYCOCK, *Appellant,* v. C. ROBERT
M. KASTAMA, *as Superintendent of the
Washington State Penitentiary,
Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–2–00332–9, Yancey Reser, J., entered January 5, 1983. *Affirmed* by unpublished per curiam opinion.